**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos Rodrigo HERNANDEZ, a.k.a. Miguel Angel Leyva–Romero, a.k.a. Carlos Rodrigo–Hernandez, a.k.a. Carlos Hernandez–Rodrigo, a.k.a. Miguel Angel Leiva–Romero, Defendant–Appellant.**

No. 15–10368
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 18, 2015.

Gregory T. Nolan, Arthur Lee Bentley, III, Yolande G. Viacava, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Adeel Bashir, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Carlos Rodrigo Hernandez, Washington, MS, Federal Public Defender's Office, Fort Myers, FL, for Defendant–Appellant.

Before JORDAN, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

The Office of the Federal Defender, appointed counsel in this direct criminal appeal for Carlos Rodrigo Hernandez, has moved to withdraw from further representation of Hernandez and has filed a brief prepared pursuant to *Anders v. Califor-*

*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hernandez's conviction and sentence are **AFFIRMED.**